01-15-00012-CR



## JOHN D. KINARD
### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 1:20:17 PM
CHRISTOPHER A. PRINE
Clerk

January 14, 2015

Christopher Prine CLERK
First Court of Appeals
301 Fannin, 2nd floor
Houston, Texas 77002-2066

## SUPPLEMENTAL
### NOTICE OF ASSIGNMENT ON APPEAL

IN RE: State of Texas vs. Rochawn Ray Davis
CASE NUMBER: 14CR0800
405th District Court

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the First COURT OF APPEALS, HOUSTON TEXAS. Please note the following information.

Date of Judgment or Order Appealed from: 12/12/2014
Notice of Appeal: 12/12/2014
**Motion for New Trial: 01/12/2015**
Offense Convicted of: POSS CS PG 1 <1G
Judgment and Sentence: Fourteen (14) Years Institutional Division, TDCJ
Trial Judge: Michelle Slaughter
Court Reporter: Tara Wilson

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _____
Brandi Reyes

14–CR–0800
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
976734



*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137


CC: L. Jeth Jones, II, Attorney for Appellant
1100 Rosenburg Ave
Galveston TX 77550


CC: Tara Wilson, Court Reporter
courtreportertara@gmail.com

CAUSE NUMBER  14CR0860

THE STATE OF TEXAS                    IN THE DISTRICT COURT OF

VS.                                   GALVESTON, COUNTY, TEXAS

Rochawn Ray Davis              405th JUDICIAL DISTRICT

## NOTICE OF APPEAL

On this 12th day of December, 2014 the Defendant
individually or by Attorney, in the above styled and numbered cause by written notice
hereby excepts to Judgment/Sentence or appealable order. Defendant hereby gives
Notice of Appeal to be filed in the Court of Appeals, 1st or 14th Supreme Judicial District:

Attorney moves to withdraw from representation
and defendant request he be appointed counsel
or appeal as he is indigent

_____
Defendant

Or

_____
Attorney
State BarNo. 00743281

**The Following to be Completed by Clerk:**

Date of Judgment or other Order Appealed from: _____
Name of Trial Court Judge: _____
Name of Court Reporter: _____
Name of Attorney on Appeal: _____ Bar No. _____
Address: _____
Telephone No. _____ Fax No. _____
Name of State's Attorney on Appeal : <u>Jack Roady, Bar No. 24027780 Galveston County</u>
<u>Criminal District Attorney, Galveston County Courthouse, 600 59TH Street, Galveston,</u>
<u>Texas 77551 Phone No. (409) 766-2355 Fax No. (409) 766-2290</u>
Defendant Incarcerated?    Yes_____ No_____
Offense Convicted of: _____
Punishment Assessed: _____
Who Assessed Punishment?  Trial Court_____   Jury_____
Appeals Consolidated under this Cause No: _____
Companion Case, if Applicable: _____
Defendant on Appeal Bond? Yes_____    No_____